# Order

**Michigan Supreme Court**
**Lansing, Michigan**

Bridget M. McCormack,
Chief Justice

February 15, 2019

David F. Viviano,
Chief Justice Pro Tem

158916

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* SMITH, Minors.

SC: 158916
COA: 343940
Newaygo CC Family Division:
  16-008876-NA

_____/

On order of the Court, the application for leave to appeal the December 13, 2018 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 15, 2019



Clerk

d0212